IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:15-CV-367-TAV-CCS |
| v. ) | |
| ) | |
| BONNY L. MCGINNIS, ) | |
| ) | |
| Defendant. ) | |

### CONSENT JUDGMENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant having consented to the making and entry of this Consent Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. Defendant hereby agrees to the entry of a consent judgment in the sum of $36,450.00 (principal of $28,789.88 and interest in the amount of $7,660.12 through June 24, 2015), plus interest on the principal amount at 4.63 percent per annum from June 24, 2015 through the date of judgment, and interest at the legal rate thereafter until paid in full.

3. This judgment shall be satisfied by monthly payments in an amount to be established by the United States. Also, the United States may submit this debt to Treasury for inclusion in the Treasury Offset Program, under which any federal payment the defendant would normally receive may be offset and applied to this debt.

4. This judgment may be recorded among the records of the county of residence of the

defendant and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

5. The plaintiff shall be free immediately to enforce this judgment in any manner allowed by law.

ENTER:

*[signature: Thomas A. Varlan]*
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

WILLIAM C. KILLIAN
United States Attorney

By: *[signature]*
Kenny L. Saffles (BPR #023870)
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
Kenny.Saffles@usdoj.gov
(865) 545-4167

By: *[signature]*
Bonny L. McGinnis
Defendant
1410 Old Chisholm Trail
Dandridge, TN 37725

2